**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antwhon Suiter | 5:22-cv-00031 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| County of Augusta et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Donald Smith
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
127 Lee Highway, Verona, VA 24482

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antwhon Suiter, Pro Se
207 Gray Avenue
Staunton, VA 24401

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
, Pro Se
TELEPHONE NUMBER: 470-786-6830
DATE: 06/08/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 84
District to Serve: No. 84
Signature of Authorized USMS Deputy or Clerk: CMdianielle
Date: 06/13/2022

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 6-30-22   Time: 1240   [X] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $25.52 | — | $90.52 | — | — |

REMARKS
6-30-22 - 1 DUSM, 1HR 44 miles Road Trip, endeavor (AP)

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

AO 440 (Rev. 06/12; WDVA) Summons in a Civil Action (Page 2)

Civil Action No. 5:22CV31

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DONALD SMITH**
was received by me on *(date)* **6-13-22**

☒ I personally served the summons on the individual at *(place)* **127 LEE HWY VERONA, VA**
   on *(date)* **6-30-22**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **25.52** for travel and $ **65.00** for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **7-1-22**

*Server's signature*

**ANDY PARR   DUSM**
*Printed name and title*

**116 N. MAIN ST.**
**HARRISONBURG, VA 22801**
*Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Antwhon Suiter | COURT CASE NUMBER<br>5:22-cv-00031 |
| DEFENDANT<br>County of Augusta et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dylan Johnson
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
127 Lee Highway, Verona, VA 24482

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antwhon Suiter, Pro Se
207 Gray Avenue
Staunton, VA 24401

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
, Pro Se
TELEPHONE NUMBER: 470-786-6830
DATE: 06/08/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 84
District to Serve No. 84
Signature of Authorized USMS Deputy or Clerk: Cmaunneville
Date: 06/13/2022

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
DONALD SMITH - SHERIFF

Date: 6-30-22
Time: 1240 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $25.52 | — | $90.52 | — | — |

REMARKS
6-30-22 - 1 DUSM, 1 HR 44 MILES RND. TRIP, ENDEAVOR (AP)

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-CV-31

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DYLAN JOHNSON**
was received by me on *(date)* **6-13-22**.

☐ I personally served the summons on the individual at *(place)*
   on *(date)*                             ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*                 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **DONALD SMITH - SHERIFF**, who is
   designated by law to accept service of process on behalf of *(name of organization)* **AUGUSTA CTY SHERIFF'S DEPT.**
   on *(date)* **6-30-22**; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify)*:


My fees are $ **25.52** for travel and $ **65.00** for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: **7-1-22**

*Server's signature*

**ANDY PARR   DUSM**
*Printed name and title*

**116 N. MAIN ST.**
**HARRISONBURG, VA 22801**
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Antwhon Suiter | COURT CASE NUMBER<br>5:22-cv-00031 |
| DEFENDANT<br>County of Augusta et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Augusta County Sheriff's Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
127 Lee Highway, Verona VA 24482

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antwhon Suiter, Pro Se
207 Gray Avenue
Staunton, VA 24401

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
, Pro Se
TELEPHONE NUMBER: 470-786-6830
DATE: 06/08/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 84
District to Serve: No. 84
Signature of Authorized USMS Deputy or Clerk
Date: 06/13/2022

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
DONALD SMITH - SHERIFF

Date: 6-30-22    Time: 1240 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $25.52 | — | $90.52 | — | — |

REMARKS:

6-30-22 — 1 DUSM, 1HR, 44 miles RND TRIP, ENDEAVOR (AP)

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-00031

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AUGUSTA CTY SHERIFF'S DEPT.
was received by me on *(date)* 6-13-22.

☐ I personally served the summons on the individual at *(place)* 5:22-cv-00031
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DONALD SMITH - SHERIFF, who is designated by law to accept service of process on behalf of *(name of organization)* AUGUSTA CTY SHERIFF'S DEPT
on *(date)* 6-30-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.52 for travel and $ 65.00 for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 7-1-22

Server's signature

Andy Farr DUSM
Printed name and title

116 N. Main St.
Harrisonburg, VA 22801
Server's address

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antwhon Suiter | 5:22-cv-00031 |
| DEFENDANT | TYPE OF PROCESS |
| County of Augusta et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
County of Augusta
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
18 Government Center lane, Verona VA 24482

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antwhon Suiter, Pro Se
207 Gray Avenue
Staunton, VA 24401

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 470-786-6830
DATE: 06/08/2022

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 84
District to Serve: No. 84
Signature of Authorized USMS Deputy or Clerk: CMdinielli
Date: 06/13/2022

I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served (if not shown above):
JAMES BENKAHLA - CTY. ATTORNEY (AUGUSTA)
Date: 6-30-22
Time: 1225 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $25.52 | — | $98.52 | — | — |

REMARKS
6-30-22 - 1 DUSM, 1HR 44 miles RND TRIP, ENDEAVOR

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-00031

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **COUNTY OF AUGUSTA**
was received by me on *(date)* **6-13-22**.

☐ I personally served the summons on the individual at *(place)* 5:22-cv-00031
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **JAMES BENKAHLA - COUNTY ATTORNEY**, who is designated by law to accept service of process on behalf of *(name of organization)* **COUNTY OF AUGUSTA** on *(date)* **6-30-22** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **25.52** for travel and $ **65.00** for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **7-1-22**

_____
Server's signature

**ANDY PARR DUSM**
Printed name and title

**116 N. MAIN ST**
**HARRISONBURG, VA 22801**
Server's address

Additional information regarding attempted service, etc: