UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ANTWHON SUITER, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.: 5:22-cv-31 |
| ) | |
| COUNTY OF AUGUSTA, et al, ) | |
| ) | |
| *Defendants* ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Defendants, Augusta County, Donald Smith, Dylan Johnson, and the Augusta County Sheriff's Department, by counsel, respond to Plaintiff's motion to amend the complaint as follows:

1. The proposed amended complaint, in part, drops as parties defendant Augusta County, Virginia, and the Augusta County Sheriff's Department.

2. Preserving all prior defenses and positions, Defendants do not oppose Plaintiff's motion to amend, in light of the requirement that leave to amend should be freely given when justice so requires. *See* Fed. R. Civ. P. 15.

WHEREFORE, Defendants request that this Court terminate as parties defendants Augusta County, Virginia and the Augusta County Sheriff's Department and award Defendants such other and further relief as this Court deems appropriate.

AUGUSTA COUNTY,
DONALD SMITH, SHERIFF,
DYLAN JOHNSON, and
AUGUSTA COUNTY SHERIFF'S DEPARTMENT,

By Counsel

TimberlakeSmith
Staunton, VA
540.885.1517

By:   /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Augusta County,
        Smith, Johnson, and ACSD
**Timberlake**Smith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:   rfessier@timberlakesmith.com
             bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I have electronically filed this document with the Clerk of the Court using the CM/ECF system.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Antwhon Suiter
    207 Gray Avenue
    Staunton, VA   24401
        *Pro se plaintiff*

            /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Augusta County,
        Smith, Johnson, and ACSD
**Timberlake**Smith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517

2

TimberlakeSmith
Staunton, VA
540.885.1517

fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

3

w:\lib\tsdocs\29403\0102\00387292.docx