UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

MAR 06 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

ANTWHON SUITER, )
)
Plaintiff, )
)
v. )
) Case No.: 5:22-cv-31
DYLAN JOHNSON, )
)
Defendant )

## CERTIFICATE REGARDING DISCOVERY

Plaintiff, Antwhon Suiter, a *Pro Se Litigant*, hereby certifies that on March 06, 2024, Plaintiff's Answers to Defendant's First Interrogatories and Requests for Production of Documents were sent by mail and emailed to Defendant and Counsel, as listed in the Certificate of Service below.

Respectfully Submitted,

By: /s/ Antwhon S. Suiter
Antwhon Suiter, Constitutional Activist
207 Gray Avenue,
Staunton, VA 24401
(470) 786-6830 blmsvva@gmail.com

1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

## CERTIFICATE OF SERVICE

I hereby certify that on March 06 2024, I have filed this document with the Court of Clerk and emailed and mailed this document to Opposing Counsel.

I hereby certify that I have Mailed by United States Postal Service the documents to Opposing Counsel at:

>Rosalie P. Fessier
>VSB # 39030
>Brittany E. Shipley
>VSB # 93767
>Attorneys for Defendant Deputy C.J. Taylor
>Timberlake**Smith**
>25 North Central Avenue
>P.O. Box 108
>Staunton, VA 24402-0108

Respectfully Submitted,

>By: /s/ Antwhon S. Suiter
>Antwhon Suiter, Constitutional Activist
>207 Gray Avenue,
>Staunton, VA 24401
>(470) 786-6830
>blmsvva@gmail.com