UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ANTWHON SUITER, )  )  *Plaintiff* )  ) | |
| v. ) | Civil Action No.:  5:22-cv-31 |
| ) DYLAN JOHNSON, )  )  *Defendant* ) | |

# NOTICE TO TAKE DEPOSITIONS

Please take notice that counsel for the undersigned will on **May 1, 2024,** at **1:00 p.m**., at the law firm of TimberlakeSmith, 25 North Central Avenue, 2nd Floor, Staunton, Virginia, proceed to take the deposition of the plaintiff, Antwhon Suiter, before a Notary Public and qualified court reporter, or some other officer authorized to administer oaths, pursuant to the Federal Rules of Civil Procedure to be used for all proper purposes allowed under the Federal Rules of Civil Procedure and Federal Rules of Evidence.  Said depositions shall be recorded by stenographic means and may be recorded by audiovisual or similar means, before a Notary Public or other person authorized to administer oaths.

If for any reason the taking of the deposition be not commenced on that day, or if commenced be not concluded on that day, the taking of the deposition will be continued from day to day at the same time and place until the same shall be completed.

TimberlakeSmith
Staunton, VA
540.885.1517

DYLAN JOHNSON

By Counsel

By:  /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Johnson
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:      540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I have electronically filed this document with the Clerk of the Court using the CM/ECF system.

I hereby certify that I have emailed by United States Postal Service the document to the following non-CM/ECF participant:

Antwhon Suiter
207 Gray Avenue
Staunton, VA   24401
*Pro se plaintiff*

 /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Johnson
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:      540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

2

w:\lib\tsdocs\29403\0102\00529127.docx